UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**WILLIE F. BLOUNT, JR.,**

  **Plaintiff,**

v.                Case No: 6:16-cv-1971-Orl-41GJK

**DOE NUGEN,**

  **Defendant.**

            /

## ORDER

THIS CAUSE is before the Court on Plaintiff's Motion (Doc. 2), seeking leave to proceed *in forma pauperis*. United States Magistrate Judge Karla R. Spaulding issued a Report and Recommendation ("R&R," Doc. 3), recommending that the Court dismiss the Complaint (Doc. 1) for lack of subject matter jurisdiction.

After a *de novo* review of the record, and noting that no objections were timely filed, the Court agrees with the analysis in the R&R. Therefore, it is **ORDERED** and **ADJUDGED** as follows:

1. The Report and Recommendation (Doc. 3) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. Plaintiff's Motion (Doc. 2), seeking leave to proceed *in forma pauperis*, is **DENIED without prejudice**.

3. Plaintiff's Complaint (Doc. 1) is **DISMISSED without prejudice**.

4. **On or before May 11, 2017**, Plaintiff shall file an amended complaint that complies with the guidance in the R&R. Failure to do so may result in the dismissal

of this case without further notice. Plaintiff may also file a renewed motion to proceed *in forma pauperis*.

**DONE** and **ORDERED** in Orlando, Florida on April 21, 2017.



CARLOS E. MENDOZA
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Unrepresented Party